PROB 12C
(7/93)

Report Date: July 31, 2012

## United States District Court

### for the

### Eastern District of Washington
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
JUL 31 2012

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Esmeralda Lou Sanchez

Case Number: 2:11CR00083-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 5/22/2009

Original Offense: Importation of a Controlled Substance, to-wit: Marijuana, 21 U.S.C. § 952 and 950

Original Sentence: Prison - 10 Months; TSR - 36 Months

Type of Supervision: Supervised Release

Asst. U.S. Attorney: Unassigned

Date Supervision Commenced: 8/14/2009

Defense Attorney: Unassigned

Date Supervision Expires: 8/13/2012

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Standard Condition # 6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.<br><br>**Supporting Evidence**: On July 25, 2012, the officer discovered that Ms. Sanchez had been terminated from her employment due to theft on July 13, 2012. Ms. Sanchez failed to notify the U.S. Probation Officer of her change in employment. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/31/2012

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

Prob12C
Re: Sanchez, Esmeralda Lou
July 31, 2012
Page 2

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons
[ ] Other

*Fred Van Sickle*
Signature of Judicial Officer

July 31, 2012
Date